James W. Sullivan, Esq. #63624
L&G, LLP
318 Cayuga Street
Salinas, California 93901
Telephone: 831.754.2444
Facsimile: 831.754.2011

Attorneys for Defendant
Driscoll Strawberry Associates, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DG BERRY, INC, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>DRISCOLL STRAWBERRY ASSOCIATES, INC., a California Corporation<br><br>Defendant. | Case No. CV13- 1236 EMC<br><br>**STIPULATION AND ORDER TO RE-SET STATUS CONFERENCE**<br><br>Date: July 25, 2013<br>Time; 9:00 a.m.<br>Judge: Hon. Edward Chen |

Plaintiff DG Berry, Inc. and Defendant Driscoll Strawberry Associates, Inc., by and through their respective counsel, hereby stipulate as follows:

**RECITALS**

1. By its Case Management Conference Order In Reassigned Cases, the Court set the Case Management Conference herein for June 27, 2013.

2. In their Joint Case Management Conference Statement, the parties notified the Court that they had set mediation of this case with Retired Judge Richard Silver through JAMS on July 9, 2013, and applied for a continuation of the Case Management Conference.

---

1

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference

3. By its Order dated June 26, 2013, the Court re-set the Case Management Conference to July 25, 2013 at 9:00.a.m.

4. The parties participated in mediation with Ret. Judge Silver on July 9, 2013 in Monterey, California as scheduled. The parties identified the key factual issues that separate them and discussed an exchange of documents that may bear on these factual questions.

5. The parties have agreed to exchange documents informally on or before Monday August 5, 2013 and resume mediation with Ret. Judge Silver on August 9, 2013.

NOW THEREFORE, in light of the above-recited facts, the parties respectfully request that the Case Management Conference be reset to a date after the next mediation session. If that is agreeable to the Court, counsel list the dates in the next two months during which they are not available below:

Defendant's counsel, James W. Sullivan is not available on August 20, 2013 and is out of the country from September 7 through 21, 2013.

Plaintiff's counsel, Effie Anastassiou is not available on August 16, 23, 26 and 27, 2013, and on September 6, 13, 20, 23 and 24, 2013.

IT IS SO STIPULATED

_____            _____
Effie Anastassiou, Esq.                    James W. Sullivan, Esq.
Anastassiou & Associates                   L&G, LLP
Attorneys for Plaintiff                    Attorneys for Defendant Driscoll
DG Berry, Inc.                             Strawberry Associates, Inc.

Dated: July 16, 2013                       Dated: July 16, 2013

---

2

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference

## CASE MANAGEMENT ORDER

The above stipulation is approved. The Case Management Conference, currently set for July 25, 2013 is hereby continued to:

Date: __8/22/13__

Time: __9:00 a.m.__

Courtroom: __5__

IT IS SO ORDERED

Dated: 7/18/13

_____
UNITED STATES DISTRICT COURT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED AS MODIFIED
[signature]
Judge Edward M. Chen

3

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference