James W. Sullivan, Esq. #63624
L&G, LLP
318 Cayuga Street
Salinas, California  93901
Telephone:  831.754.2444
Facsimile:  831.754.2011

Attorneys for Defendant
Driscoll Strawberry Associates. Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DG BERRY, INC, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>DRISCOLL STRAWBERRY ASSOCIATES, INC., a California Corporation<br><br>Defendant. | Case No. CV13- 1236 EMC<br><br>**STIPULATION AND ORDER TO RE-SET STATUS CONFERENCE**<br><br>**Date: August 22, 2013**<br>**Time; 9:00 a.m.**<br>**Judge:  Hon. Edward Chen** |

Plaintiff DG Berry, Inc. ("Plaintiff") and Defendant Driscoll Strawberry Associates, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

**RECITALS**

1.  In their Joint Case Management Conference Statement, the parties notified the Court that they had set mediation of this case with Retired Judge Richard Silver through JAMS,, and have previously twice applied for and received continuations of the Case Management Conference due to the original mediation session which occurred on July 9, 2013, and a continued mediation session which occurred on August 9, 2013..

---

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference

1

2. By its Order dated July 18, 2013, the Court re-set the Case Management Conference to August 22, 2013 at 9:00.a.m., which was a date after the second mediation session was to occur.

3. However, although the parties met a second time in mediation with Ret. Judge Silver on August 9, 2013 in Monterey, California the case did not settle on that date. After the parties exchanged offers on that date that did not result in a settlement, Judge Silver proposed a confidential mediator's recommendation for settlement that he e-mailed to the parties on Monday, August 12, 2013.

4. Because of the travel schedules of the decision-makers for Defendant, the parties agreed that they would submit their response to Judge Silver's recommendation for settlement by Monday, August 26, 2013. If either or both parties reject Judge Silver's recommendation for settlement, it will have no effect and the litigation will proceed. If both parties accept Judge Silver's recommendation for settlement, then they will proceed to negotiate the language of a settlement agreement, including but not limited to a provision concerning the confidentiality of the settlement agreement.

NOW THEREFORE, in light of the above-recited facts, the parties respectfully request that the Case Management Conference be reset to a date after the parties' due date of August 26, 2013 to respond to the mediator's recommendation for settlement. If the foregoing is agreeable to the Court, counsel list the dates during September which they are not available below:

Defendant's counsel, James W. Sullivan plans to be out of the country from September 7 through 21, 2013 if a family medical condition does not prevent or delay that trip.

Plaintiff's counsel, Effie Anastassiou is not available on the following dates: September 6, 11, 13, 18, 20, 23-25, 2013.

IT IS SO STIPULATED

2

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference

| | |
|---|---|
| _/s/ Effie Anastassiou_ | _/s/ James W. Sullivan_ |
| Effie Anastassiou, Esq.<br>Anastassiou & Associates<br>Attorneys for Plaintiff<br>DG Berry, Inc.<br><br>Dated: Aug. 15, 2013 | James W. Sullivan, Esq.<br>L&G, LLP<br>Attorneys for Defendant Driscoll<br>Strawberry Associates, Inc.<br><br>Dated: Aug. 15, 2013 |

3

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference

**CASE MANAGEMENT ORDER**

The above stipulation is approved. The Case Management Conference, currently set for August 22, 2013 is hereby continued to:

Date: 9/5/13

Time: 9:00

Courtroom: 5

IT IS SO ORDERED

Dated: 8/15/13



IT IS SO ORDERED AS MODIFIED

UNITED STATES DISTRICT COURT JUDGE

Judge Edward M. Chen

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference

4