1  James W. Sullivan, Esq. #63624
  L&G, LLP
2  318 Cayuga Street
  Salinas, California 93901
3  Telephone: 831.754.2444
  Facsimile: 831.754.2011
4
  Attorneys for Defendant
5  Driscoll Strawberry Associates. Inc.

6

7
               IN THE UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10  DG BERRY, INC, a California Corporation    )  Case No. CV13- 1236 EMC

11               Plaintiff,          )

                            )  **STIPULATION AND ORDER TO RE-**
12  v.                      )  **SET STATUS CONFERENCE**

13  DRISCOLL STRAWBERRY ASSOCIATES,  )  **Date: September 5, 2013**
  INC., a California Corporation         )  **Time; 9:00 a.m.**
14                           )  **Judge: Hon. Edward Chen**
             Defendant.      )
15                           )
  ——————————————————)
16                           )

17

18       Plaintiff DG Berry, Inc. and Defendant Driscoll Strawberry Associates, Inc., by and

19  through their respective counsel, hereby stipulate as follows:

20                        RECITALS

21       1.    In their Joint Case Management Conference Statement, the parties notified the

22  Court that they had set mediation of this case with Retired Judge Richard Silver through JAMS

23  and have previously three times applied for and received continuations of the Case

24  Management Conference due to the ongoing process of mediation.

25       2.    By its Order dated August 15, 2013, the Court re-set the Case Management

26  Conference to September 5, 2013 at 9:00.a.m.

27                        1
  ————————————————————
28  DG Berry v. Driscoll Strawberry Associates
  Case No. CV13- 1236 EMC
  Stipulation and Order to Re-Set Case Management Conference

3.      The parties agreed to Judge Silver's recommended settlement terms, and are now circulating drafts of the settlement agreement to address and finalize certain open issues in the text. The parties expect to finalize and sign the settlement agreement in the next two weeks and when payment is made within the thirty (30) day period thereafter as provided in the draft agreement, then the case will be dismissed.

NOW THEREFORE, in light of the above-recited facts, the parties respectfully request that the Case Management Conference be reset to a date after October 21, 2013.  If that is agreeable to the Court, counsel list the dates in the next two months during which they are not available below.

Defendant's counsel, James W. Sullivan plans to be out of the country from October 5 through October 21, 2013. He is also unavailable on September 23, 2013.

Plaintiff's counsel, Effie Anastassiou is not available on September 23-25, October 10-11, and 21, November 5, 6, 18, and 25, and December 2, 2013.

IT IS SO STIPULATED

Effie Anastassiou, Esq.                          James W. Sullivan, Esq.
Anastassiou & Associates                      L&G, LLP
Attorneys for Plaintiff                           Attorneys for Defendant Driscoll
DG Berry, Inc.                                       Strawberry Associates, Inc.

Dated: 9/3/13                                        Dated: 9/3/13

2

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference

## CASE MANAGEMENT ORDER

The above stipulation is approved. The Case Management Conference, currently set for September 5, 2013 is hereby continued to:

Date: ___10/31/13___

Time: ___9:00 a.m.___

Courtroom: ___5___

IT IS SO ORDERED

Dated:      9/3/13

_____ COURT JUDGE

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

DG Berry v. Driscoll Strawberry Associates
Case No. CV13- 1236 EMC
Stipulation and Order to Re-Set Case Management Conference