Effie F. Anastassiou, Esq. (SBN 96279)
Stephen J. Beals, Esq. (SBN 226365)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff,
DG Berry, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DG BERRY, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DRISCOLL STRAWBERRY ASSOCIATES, INC., a California Corporation,<br><br>　　　　　　Defendant. | CASE NO. 3:13-cv-01236<br><br>**STIPULATED REQUEST FOR DISMISSAL, WITH PREJUDICE**<br><br>FED. R. CIV. P. 41(a)(2) |

　　　　IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), by and between each and every party to this stipulation, by and through the signatures of their respective counsel on this stipulation, that the parties to this stipulation wish to formally acknowledge and obtain a court order dismissing the entire instant action, as follows:

　　　　1.　　IT IS HEREBY STIPULATED, by and among Plaintiff DG BERRY, INC. ("Plaintiff") and Defendant DRISCOLL STRAWBERRY ASSOCIATES, INC. ("Defendant") that they are requesting that a Court order be entered dismissing, *with prejudice*, the entire instant action, pursuant to a settlement reached by Plaintiff and Defendant as a result of a successful mediation session.

　　　　2.　　The undersigned represent and warrant that they have all requisite authority to bind the respective parties to the terms of the stipulation.

3. This stipulation may be executed in any number of counterparts with the same effect as if all signatories had signed the same documents. All counterparts must be construed together to constitute one instrument.

4. Each party shall bear that party's own costs and attorneys' fees in connection with this stipulation.

SO STIPULATED.

ANASTASSIOU & ASSOCIATES

Dated: September 27, 2013      By: _____
                                    Effie F. Anastassiou, Esq.
                                    Attorneys for Plaintiff
                                    DG Berry, Inc.


L + G, LLP

Dated: September __, 2013      By: _____
                                    James W. Sullivan, Esq.
                                    Attorneys for Defendant
                                    Driscoll Strawberry Associates, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the entire instant action is hereby dismissed, *with prejudice.*

SO ORDERED.

Dated: _____                          _____
                                                U.S. DISTRICT COURT JUDGE

F:\DGB\Driscoll\Pleadings\Dismissal\Stipulated Dismissal.wpd

3. This stipulation may be executed in any number of counterparts with the same effect as if all signatories had signed the same documents. All counterparts must be construed together to constitute one instrument.

4. Each party shall bear that party's own costs and attorneys' fees in connection with this stipulation.

SO STIPULATED.

ANASTASSIOU & ASSOCIATES

Dated: September 27, 2013

By: _____
Effie F. Anastassiou, Esq.
Attorneys for Plaintiff
DG Berry, Inc.

L + G, LLP

Dated: September 27, 2013

By: _____
James W. Sullivan, Esq.
Attorneys for Defendant
Driscoll Strawberry Associates, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the entire instant action is hereby dismissed, *with prejudice*.

SO ORDERED.

Dated: 10/11/13 _____
U.S. DISTRICT COURT

**GRANTED**
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\DGB\Driscoll\Pleadings\Dismissal\Stipulated Dismissal.wpd